IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID LEE MOON, a/k/a ERICK WILLIAMS, <br><br> Petitioner <br><br> vs. <br><br> JIMMY SIKES, Warden, <br><br> Respondent | * <br> * <br> * <br> *    CASE NO. 4:08-CV-94 (CDL) <br> * <br> * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 23, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of November, 2008.

                                                S/Clay D. Land
                                                    CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE